# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| MELVA L. VALLERY<br><br>*Plaintiff-Appellant*,<br><br>*v.*<br><br>AMERICAN GIRL DOLLS and EVELYN COLEMAN<br><br>*Defendants-Appellees*. | Fifth Circuit Docket No.: 15-30472<br><br>District Court Docket No.: 2:13-cv-05066 |

## MOTION TO CORRECT CASE CAPTION

American Girl, LLC respectfully moves this Court to correct the case caption, both to make it more accurate and to match it to the pleadings below. Plaintiff-Appellant, Melva L. Vallery, was informed of this request but refused to consent, saying that she may file an opposition.

**A.    The Name "American Girl Dolls" Should be Corrected**

The correct name of the party Ms. Vallery identified as "American Girl Dolls" is **American Girl, LLC**, the party filing this motion. American Girl, LLC is the only party defendant that has entered an appearance or filed pleadings in this case. *See, e.g.,* ROA.30, 40. Further, American Girl notes that Ms. Vallery's prior counsel correctly listed "American Girl, LLC" as a party in the Amended Complaint the District Court entered on October 7,

- 1 -

2013. *See* ROA.65-75. However, although the District Court has consistently used American Girl's proper name in this case, *see, e.g.,* ROA.39, 64, 94, the official case caption was unfortunately never updated.

American Girl is thus requesting that, for the sake of accuracy and consistency, the party name "AMERICAN GIRL DOLLS, a wholly owned subsidiary of Mattel Toys" be changed to "American Girl, LLC."

**B.    "Evelyn Coleman" Should Not Be Listed as a Party**

American Girl also requests that "Evelyn Coleman" be removed from the case caption. Simply put, she is not (and never was) a party-defendant.

Ms. Vallery filed her original *pro se* Complaint on July 16, 2013, and in that document she only listed <u>American Girl, LLC</u> (as "American Girl Dolls") as a party. *See* ROA.10-24. "Evelyn Coleman" was not named as a possible defendant until Ms. Vallery filed her Amended Complaint in October of that year. *See* ROA.65. However, Ms. Vallery <u>never served</u> Ms. Coleman with a copy of the Amended Complaint, and Ms. Coleman never entered an appearance in this matter. *See, e.g.,* ROA.76-77 (summons was never returned). The District Court thus would have dismissed Ms. Coleman as a party to this action pursuant to Federal Rule 4(m) but for the fact that Ms. Vallery voluntarily dismissed *her entire case* (pursuant to Rule 41(a)) within ninety days of filing the Amended Complaint. *See* ROA.95.

After the District Court reopened the case (*see* ROA.132), Ms. Vallery sought leave to file a [Second] Amended Complaint against American Girl and six other parties (including Ms. Coleman). *See* ROA.574. That pleading, however, was rejected by the District Court on the grounds of "futility" and was not entered. *See* ROA.1998-2005, 2101-2105. Thereafter, the District Court dismissed the case. *See* ROA.2108.

Because Ms. Coleman was never served and never appeared in this matter, and considering further that there was no operative pleading against her at the time Ms. Vallery filed the Notice of Appeal (given that the [First] Amended Complaint had been withdrawn; *see* ROA.95), it is unfair to associate Ms. Coleman publicly with this appeal. She was never a party to this action, and thus should not be included in the caption for the appeal.

                                                  Respectfully submitted,

Dated: February 18, 2016        /s/ Edward T. Colbert
                                          Edward T. Colbert
                                          William M. Merone
                                          KENYON & KENYON LLP
                                          1500 K Street, NW, Suite 700
                                          Washington, DC 20005
                                          Tel.: (202) 220 – 4200
                                          Fax: (202) 220 – 4201

                                          *Counsel for Defendant-Appellee, American Girl*

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record for Defendant-Appellee, American Girl, LLC ("American Girl"), certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possile disqualification or recusal:

> **American Girl, LLC (Appellee)**
>
> **Mattel, Inc.**, which trades on the NYSE under the symbol MAT, owns 100 percent of American Girl, LLC.
>
> **Melva L. Vallery (Appellant)**
> Amite, Louisiana

Counsel also lists here all law firms and the partners or associates that appeared for Appellee in the trial court or who are expected to appear in this Court, as well as the names of all opposing law firms or counsel in the case:

> Edward T. Colbert
> William M. Merone
> KENYON & KENYON LLP
> *Counsel for American Girl LLC*
>
> Hary S. Hardin, III
> Micah J. Fincer
> JONES WALKER LLP
> *Counsel for American Girl LLC*
>
> Mia M. Grandpre
> (Formerly of JONES WALKER LLP)
> *Former Counsel for American Girl LLC*

Lloyd N. Shields
Andrew G. Vicknair
SHIELDS MOTT LUND L.L.P.
*Former Counsel for Plaintiff*

N. Sundiata Haley
HALEY LAW FIRM LLC
*Former Counsel for Plaintiff*

Dated:  February 19, 2016          /s/ Edward T. Colbert
                                   Edward T. Colbert
                                   William M. Merone
                                   KENYON & KENYON LLP
                                   1500 K Street, NW, Suite 700
                                   Washington, DC 20005
                                   Tel.: (202) 220 – 4200
                                   Fax: (202) 220 – 4201

                                   *Counsel for Defendant-Appellee,*
                                   *American Girl, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

I further certify that a copy of this MOTION TO CORRECT CASE CAPTION was served on this same date on Plaintiff-Appellant Melva L. Vallery by First Class Mail at the address listed below:

> Melva L. Vallery
> 205East Factory Street
> Amite, Louisiana 70422

Dated: February 19, 2016      /s/ William M. Merone
　　　　　　　　　　　　　　　Edward T. Colbert
　　　　　　　　　　　　　　　William M. Merone
　　　　　　　　　　　　　　　KENYON & KENYON LLP
　　　　　　　　　　　　　　　1500 K Street, NW, Suite 700
　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　Tel.: (202) 220 – 4200
　　　　　　　　　　　　　　　Fax: (202) 220 – 4201

　　　　　　　　　　　　　　　*Counsel for Defendant-Appellee,*
　　　　　　　　　　　　　　　*American Girl, LLC*